<u>CONTINUATION IN SUPPORT OF COMPLAINT</u>

I, Ward Yoder, Special Agent ("SA") of the Federal Bureau of Investigation ("FBI"), United States Department of Justice, being duly sworn, depose and state as follows:

**Background**

1. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7).

2. I have been employed as a Special Agent with the FBI since 2009. I am a graduate of the FBI Academy at Quantico, Virginia where I was trained in conducting investigations, including interview and interrogation, report writing, and source handling.

3. This continuation is submitted in support of an application for a complaint and arrest warrant for RYAN JO HUDSON for being a felon in possession of a firearm or ammunition, in violation of 18 U.S.C. § 922(g)(1).

4. The facts contained below come from my review of the investigation conducted by the Muskegon Police Department and other law enforcement agencies.

5. This continuation is being submitted for the limited purpose of securing authorization for a complaint and arrest warrant, so I have not included each and every fact known to me concerning this investigation or every aspect of the investigation to date. I have set forth only the facts that I believe are necessary to establish the foundation for probable cause for the issuance of the requested warrant.

## Probable Cause

*Facebook Video*

6. On September 16, 2025, DW's mother-in-law received a video on a Facebook account in the name "Ryan Hudson." HUDSON and DW previously dated. DW's mother-in-law sent the video to DW approximately an hour and a half prior to the shooting incident.

7. The video showed a man in a black mask saying, "I got a bulletproof mask. This bitch bulletproof. Gonna hit 'em with the pew pew. Put a little spotlight on that ass. Hit 'em with the, 'police, sir.' Hit 'em with [unintelligible]." The man is brandishing a gun with a green laser sight. DW's mother-in-law sent the video to DW.

 

*Shooting*

8. On September 16, 2025, at 9:53 pm, police were called to the parking lot of an apartment complex in Muskegon for a report of shots fired.

9.  They found a gray Nissan Mirano, registered to DW.  Three of the tires were flat and there was a bullet hole in the front driver side window.  Police found nine nine-millimeter casings around the car and in a cluster approximately 50 feet away.  No buildings or other vehicles were located that had been struck by gunfire.

10.  The casings were stamped, "Blazer." According to a nexus agent at ATF, Blazer ammunition is manufactured by Cascade Cartridge Inc. in Lewiston, Idaho.

11.  Law enforcement located a nearby apartment with a video camera that captured the shooting. A review of the camera indicated that at 9:51 pm, motion was detected at the front door of DW's apartment. A subject in all black clothing and a hood made a forward motion at the front door, possibly knocking, then turned around and walked to the Nissan Mirano. The subject was carrying a pistol in his right hand.  The pistol projected a blue light, shown on the ground.



12.  The man walked around the Nissan, aiming the gun and shooting the car window and tires.



13.     Police contacted DW. She confirmed that the Nissan was her car. Investigators asked if she knew why anyone would target her vehicle and, without hesitation, DW stated that RYAN HUDSON (her ex-boyfriend) was the one who shot her vehicle. DW said that she did not witness the shooting but explained that HUDSON was scheduled to appear in court the next day for violating a personal protection order (PPO) that she had against him.  DW stressed concern that HUDSON has made past threats that he would not leave her alone and to harm her.  DW stated that wo days ago, HUDSON told DW's niece that he is never going to leave DW alone and he's never going to stop.  DW provided HUDSON's address in Muskegon.

14.     Police went to HUDSON's apartment that night but nobody answered the door.

15.     Investigators obtained motion-activated surveillance video of the parking lot at HUDSON's home from the night of the shooting.  Video showed him a subject wearing all black with a hood, carrying something in their right hand,

walking toward a red truck registered to HUDSON's mother at approximately 9:26 pm.[1] The video stops just before the subject got in the car.



16.    The next recorded video, from 10:01 pm, shows that the red truck was no longer present.



---

[1] The truck was in the parking lot when police responded.  Police ran the plate in LEIN and learned that it was registered to HUDSON's mother.

17. A video clip from 10:03 pm shows that the truck returned to the parking lot. There is a man walking from the truck to HUDSON's apartment. He is wearing black pants and a grey shirt with a white logo on it, and carrying a dark object.



*Arrest & Investigation*

18. Police returned to HUDSON's apartment on September 19, 2025. HUDSON and his girlfriend were home. Investigators arrested HUDSON for failing to appear at the PPO violation hearing. They also seized the cell phone in his possession and obtained a search warrant to examine the contents.

19. Investigators found the video that was sent to DW's mother-in-law, showing a man in a black mask with a gun, on HUDSON's phone. Investigators were able to identify the man in the video as HUDSON, described below.

20. There were pictures of a daisy on the wall behind the man with the gun. Police observed the same pictures in HUDSON's apartment on September 22, 2025, when they executed a search warrant there.




*Facebook Video*  *Picture from HUDSON's officer's body camera at HUDSON's residence*

21. The man in the video was also wearing a gray shirt with white writing that said, "MIKE ROSE." DW informed police that HUDSON works for Mike Rose Landscaping. Police found two Mike Rose Landscaping shirts in the red truck, which they searched on September 22, 2025. This shirt is also consistent in color and logo location with the man walking from HUDSON's truck to HUDSON's apartment on the surveillance video after the shooting.[2]



---

[2] As shown, the Facebook video is inverted.

22. The man in the mask has a tattoo on his right arm. Police obtained a picture of HUDSON from Facebook in which his face and right arm are visible. The tattoos appear consistent.

 

*Facebook video*             *Facebook picture of HUDSON*

23. Based on the appearance and visible writing, investigators determine that the gun that HUDSON is holding in the video is a Taurus Millenium nine-millimeter pistol. According to a nexus agent at ATF, Taurus Arms manufactures guns in Brazil, Portugal, and Georgia.

24. Investigators also identified the laser sight on the pistol that is visible in the video as a HiLight P3BgL, based on common features, like the bolt shape and location, angled markings, and white branding. This sight projects either a green (like the Facebook video) or blue (like the surveillance video of the shooting) laser.

  

*Image from Facebook video (inverted)*    *Sales image of HiLight P3BgL*

25. Investigators also obtained a search warrant for location information from Verizon Wireless for the phone seized from HUDSON. The location information was consistent with the device leaving HUDSON's apartment complex at 9:26 pm and traveling toward DW's apartment complex. At 9:51 PM, the location information is consistent with the device being in the area of DW's apartment complex. At 10:03 PM, the location information is consistent with the device returning to HUDSON's apartment complex.

*Conclusion*

26. According to LEIN and MDOC Offender Tracking Information System, HUDSON has prior felony conviction for Unarmed Robbery, Operating While Intoxicated – Third Offense (twice), Possession of Controlled Substances, and Felon in Possession of a Firearm

27.     Based on these facts, there is probable cause to believe that HUDSON possessed a firearm and ammunition while prohibited from doing so because he is a felon.