UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN JO HUDSON,

    Defendant.

_____/

Hon. Phillip J. Green

Case No.  1:25-mj-00640

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged in an Indictment.  Count 1 charges defendant with felon in possession of a firearm or ammunition, in violation of  18 U.S.C. § 922(g)(1).

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1) and that he poses a  risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A).   The Court conducted a hearing on November 25, 2025,  at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of establishing by preponderant evidence that defendant poses a risk of non-appearance.  The Court also finds, as explained on the record, that the government

has sustained its burden by clear and convincing evidence that he is a danger to the community.  Further, the Court finds that there is no condition or combination of conditions of release that will ensure the appearance of the defendant.  Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on November 25, 2025.

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge
